

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**2/6/2015**                                                    **COA Case No. 12-13-00050-CR**
**GOMEZ, CESAR**          **Tr. Ct. No. 241-0529-12**              **PD-0138-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, April 21, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *